UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK LAMAR BANKS,

    Plaintiff,

v.

Case No. 10-10561
Honorable Patrick J. Duggan

JAMES TWARDESKY, ROLAND BELL
ROBERT EIDT, MICHAEL KOHLRUSS,
JEFFREY STIEBER, MICHAEL LEWIS, JR.,
MARK JAVERY, DAVID DISMUKE,
and CITY OF WARREN,

    Defendants.
_____/

## JUDGMENT

On February 10, 2010, Plaintiff commenced this civil rights action against Defendants pursuant to 42 U.S.C. § 1983 alleging that his constitutional rights were violated when he was arrested following a high-speed chase with police. Defendants filed a motion for summary judgment on August 23, 2010. In an Opinion and Order issued on this date, the Court granted Defendants' motion.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Dated: March 11, 2011

s/PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

Copies to:
Ben M. Gonek, Esq.
John J. Gillooly, Esq.
Magistrate Judge Michael Hluchaniuk